"**UNDER SEAL**" 

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

FILED
ASHEVILLE, N.C.

AUG - 3 2010

U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:10CR/4 |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER TO SEAL INDICTMENT** |
| THOMAS LEE COOK, ET. AL. | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment and any other related documents be sealed.

THIS the 3 day of August, 2010.

_____
JUDGE