# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:10 CR 14-6

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>) | **AMENDED** |
| V ) | **ORDER** |
| )<br>HUMBERTO LONGORIA MORENO, )<br>)<br>Defendant. ) | |

**THIS MATTER** is before the court on Kenneth D. Snow's Application for Admission to Practice *Pro Hac Vice* of Leonel Aron Pena. It appearing that Leonel Aron Pena is a member in good standing with the Texas State Bar and will be appearing with Kenneth D. Snow, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Kenneth D. Snow's Application for Admission to Practice *Pro Hac Vice* (#113) of Leonel Aron Pena is **GRANTED**, and that Leonel Aron Pena is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Kenneth D. Snow.

Signed: March 31, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge