## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:10 cr 14-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HUMBERTO LONGORIA MORENO. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a motion filed by the Government entitled "Motion for Hearing Regarding Conflict of Interest and Motion to Continue Trial" (#135). It appearing from an examination of the record in this cause that Defendant's counsel does not object to a hearing in regard to this motion. The undersigned will order that a hearing be scheduled in this matter on June 20, 2011 at 9:30 o'clock a.m. Defendant and his counsel are required by this Order to be present for the hearing of the motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that a hearing in regard to the motion entitled "Motion for Hearing Regarding Conflict of Interest and Motion to Continue Trial" (#135) will be scheduled for Monday, June 20, 2011 at 9:30 a.m. in Courtroom #1 at the United States District Court Western District of North Carolina, Asheville

-1-

Division, 100 Otis Street, Asheville, North Carolina. The undersigned will not consider the "Motion to Continue Trial" as this is within the discretion of the District Court. Defendant and his counsel are required to be present for the hearing of this motion.

Signed: June 7, 2011

_____
Dennis L. Howell
United States Magistrate Judge