UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 2:10-CR-14 |
| V. | ) | DEFENDANT'S EXHIBIT LIST |
| | ) | |
| HUMBERTO LONGORIA MORENO | ) | |
| Defendant, | ) | |

| Exhib# | Description | Witness | Identified | Admitted | Publish |
|---|---|---|---|---|---|
| 1 | Plea Agreement: Billy Michael Wayne Rhinehart | | | | |
| 2 | Interview: Billy Michael Wayne Rhinehart | | | | |
| 3 | Interview: Marcus Cody Waldroup 07/15/2009 | | | | |
| 4 | Interview: Marcus Cody Waldroup 07/21/2009 | | | | |
| 5 | Interview: Jamie Martinez | | | | |
| 6 | Superseding Bill of Indictment | | | | |
| 7 | Plea Agreement: Thomas Lee Cook | | | | |

Certificate of Service

I certify this date that I have served a copy of the attached document to the AUSA, Don Gast, via ECF filing.

This the 4th day of October, 2011

/s/ Kenneth D. Snow

Attorney for the Defendant