UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:10CR14 |
| --- | --- | --- |
| | ) | |
| | ) | GOVERNMENT'S EXHIBIT LIST |
| v. | ) | |
| | ) | |
| | ) | |
| 6) HUMBERTO LONGORIA MORENO | ) | |
| | ) | |

| EXH.# | Description | Witness | Identified | Admitted | Publish |
| --- | --- | --- | --- | --- | --- |
| 1 | Photo of Humberto Moreno | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 2 | Photo of Albert Espinoza | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 3 | Photo of Jaime Martinez | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 4 | Photo of Billy Rhinehart | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 5 | Photo of Marcus Waldroup | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 6 | Photo of Thomas Cook | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 7 | Photo of Patrick Dalton | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 8 | Photo of Jeffrey Fouts | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 9 | Photo of Gary Fronrath | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 10 | Photo of Jonathan Lackey | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 11 | Photo of Henry Littlejohn | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 12 | Photo of Jasmine Littlejohn | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 13 | 1 bag of marijuana (4/28/09) | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 14 | 1 bag of marijuana (5/6/09) | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 15 | 1 black duffle bag | Franze | 10-3-11 | 10-3-11 | |
| 16 | Plastic wrap | Franze | 10-3-11 | 10-3-11 | |
| 17a | Bag of marijuana | Franze | 10-3-11 | 10-3-11 | 10-3-11 |
| 17b | Bag of marijuana | Franze | 10-3-11 | 10-3-11 | 10-3-11 |
| 18 | 1 black trash bag w/5 bags of marijuana | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 19 | Digital scales (large) | Stites | 10-3-11 | 10-3-11 | 10-3-11 |

| # | Item | | | | |
|---|---|---|---|---|---|
| 21 | Bag of Marijuana (bedroom) | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 22 | Marijuana grinder | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 23 | Bag of Marijuana (Rhinehart) | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| ~~24~~ 23 | Marijuana pipe (Rhinehart) | | | | |
| 25a | AR-15 | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 25b | Ammunition | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 26 | Fedex Airbills | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 27 | Billy Rhinehart - Checking Acct information from United Community Bank | Rhinehart | 10-3-11 | 10-3-11 | 10-3-11 |
| 28 | Thomas Cook - Checking Acct information from United Community Bank | Cook | 10-3-11 | 10-3-11 | 10-3-11 |
| 29 | Photo of Door Number | Westphal | 10-3-11 | 10-3-11 | 10-3-11 |
| 30 | Photo of Espinoza | Westphal | 10-3-11 | 10-3-11 | 10-3-11 |
| 31 | Photo of money | Westphal | 10-3-11 | 10-3-11 | 10-3-11 |
| 32 | Photo of money | Westphal | 10-3-11 | 10-3-11 | 10-3-11 |
| 33 | Photo of car in parking lot | Westphal | 10-3-11 | 10-3-11 | 10-3-11 |
| 34 | Photo of car tag | Westphal | 10-3-11 | 10-3-11 | 10-3-11 |
| 35 | Moneygram from Thomas Cook | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 36 | Moneygram to Albert Espinoza | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 37 | Moneygram from Billy Rhinehart | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 38 | Photo of Billy Jack Hicks | Stites | 10-3-11 | 10-3-11 | 10-3-11 |
| 39 | Letter - Albert Espinoza | Espinoza | 10-4-11 | | |
| 40 | Espinoza Transcript | Espinoza | 10-4-11 | | |
| 41 | Report of Investigation | Espinoza | 10-4-11 | | |